# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3158
Lower Tribunal No. 21-DP-443

_____

In the Interest of A.G., a child.

A.C.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Gilberto Perez, Judge.

November 29, 2023

PER CURIAM.

   AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Kevin Coyle Colbert, Miami, for Appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED